JS-6 Entered

I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL, POSTAGE PREPAID, TO ALL COUNSEL (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 10-1-13

DEPUTY CLERK

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION
SEP 30 2013
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN LUGO,<br><br>    Plaintiff,<br><br>vs.<br><br>P. COVELLO, et al.,<br><br>    Defendants. | Case No. CV 13-1329-ABC (RNB)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings, the records on file herein, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a *de novo* review of those portions of the Report and Recommendation to which objections have been made. The Court accepts the findings and recommendations of the Magistrate Judge.

    IT THEREFORE IS ORDERED that (1) plaintiff's due process claim(s) are dismissed without leave to amend; (2) plaintiff's equal protection claim is dismissed without leave to amend; (3) plaintiff's Eighth Amendment claim, to the extent that such claim is directed to the conditions of confinement to which plaintiff was subjected while temporarily confined in the SHU at ISP, is dismissed without leave to amend; (4) plaintiff's Eighth Amendment claim directed to the conditions of

confinement to which he allegedly is being subjected while confined in the SHU at CCI is dismissed with leave to amend; and (5) this action is transferred to the Eastern District of California for purposes of enabling plaintiff to pursue his Eighth Amendment claim directed to the conditions of confinement to which he allegedly is being subjected while confined in the SHU at CCI.

DATED: Sept 26, 2013

AUDREY B. COLLINS
UNITED STATES DISTRICT JUDGE